ALBANY,
Nov. 1830.

Child
v.
H<sub>unter</sub>.
Nov. 18th.

Nov. 18th.

---

CHILD *vs.* HUNTER.

On a *reference*, where common pleas costs only are recoverable, an *attorney's fee* only is taxable for each attendance, and no allowance whatever is made to counsel.

MOTION for re-taxation. In this case, the commissioner Nov. 18th. taxed a fee of $2 to the *attorney* and $2 to *counsel* for attendance before referees, in a case in which the plaintiff was entitled only to common pleas costs. It was objected that an allowance of one fee only was taxable for each attendance, and so it was held.

*By the Court,* SAVAGE, Ch. J. Where common pleas costs only are recoverable, a fee of $2 is given to the *attorney* on a reference, or attending prepared for reference, and no allowance whatever is made to counsel; where supreme court costs are recoverable, the fee bill makes an allowance to *counsel* for attending a reference, but none to the *attorney.*

One fee only ought therefore to have been taxed for *each* attendance. The decision in *Wilson* v. *White,* 2 *Wendell,* 265, allowing a fee both to attorney and counsel, was in a case where supreme court costs were recoverable, and besides, was made previous to the new fee bill under the revised statutes going into operation.